**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**AUGUSTUS M. BROWN, II**                                           **PLAINTIFF**

**V.**                                                          **NO. 4:08CV071-WAP-DAS**

**BAYOU ACRES, WALTER MCDAVID,**
**SOUTHLAND MANAGEMENT CORPORATION &**
**JEFFERSON COUNTY ASSISTED HOUSING CORP.**        **DEFENDANTS**

### ORDER

Before the Court is the motion [doc. 1] of Augustus M. Brown, II, for leave to proceed as a pauper in this action. Mr. Brown's proposed complaint is based on allegations that he was unlawfully evicted from a subsidized housing unit and that defendants had unlawful reporting and accounting practices. The proposed complaint names Bayou Acres, Walter McDavid, Southland Management Corporation and Jefferson County Assisted Housing Corp. as defendants. Mr. Brown further alleges that he did not receive a fair hearing or trial in a previous state court proceeding. Based on this, the Court needs additional information to aid in the determination of this matter.

**THEREFORE, IT IS ORDERED:**

1. That on or before August 21, 2008, Plaintiff shall file complete answers to the following questions:

a. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit?

b. If your answer to the above question is yes, describe each lawsuit including,

    A. All parties to that proceeding (plaintiffs, defendants, etc.);
    B. The court in which the suit was filed;
    C. The docket or case number;

D. Date suit filed;
E. Date decided;
F. Judge's name; and
G. Result (ruling).

2. That should the movant fail to comply with this order by the deadline above, it will be my recommendation that his motion be denied and that this case be closed.

This, the 24th day of July, 2008.

    /s/ David A. Sanders
    U. S. MAGISTRATE JUDGE